# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>vs.<br><br>**ASHRAF MUFAREH AND ONPASSIVE LLC a/k/a Gofounders and Ofounders,**<br><br>Defendants, and<br><br>**ASMAHAN MUFAREH**<br><br>Relief Defendant. | No. 6:23-cv-01539-PGB-RMN |

## Notice of Pendency of Other Actions

In accordance with Local Rule 1.07, I certify that the instant action:

_____     IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

X     IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  August 28, 2023

| | |
|---|---|
| */s/ Gregory N. Miller* | */s/ Christopher Garcia* |
| Plaintiff's Counsel of Record | Defendants' Counsel |
| 100 F. Street, N.E. | 1271 Avenue of the Americas |
| Washington, D.C.  20549 | New York, NY 10020 |
| (202) 551-4469 | Telephone:  (212) 906-1200 |