UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ASHRAF MUFAREH,
ONPASSIVE LLC, and
ASMAHAN MUFAREH,

    Defendants.

Case No. 6:23-cv-01539-PGB-RMN

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS, ASHRAF MUFAREH, ONPASSIVE LLC, AND ASMAHAN MUFAREH**

Please take notice that John E. Clabby and Jason A. Perkins, with the law firm of Carlton Fields, P.A., hereby give notice of their appearance as counsel of record on behalf of Defendants, Ashraf Mufareh, OnPassive LLC, and Asmahan Mufareh.

In addition, John E. Clabby and Jason A. Perkins hereby designate the following addresses for service by e-mail and give notice that service of court documents should hereafter utilize the following contact information:

John E. Clabby
jclabby@carltonfields.com     (primary)
nkapadia@carltonfields.com (secondary)

133838960.1

and

Jason A. Perkins
Jperkins@carltonfields.com (primary)
dcarlucci@carltonfields.com (secondary)

**DATED**: August 28, 2023                         Respectfully submitted,

*/s/ Jason A. Perkins*
Jason A. Perkins
Florida Bar Number 0610852
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Ste. 1000
Orlando, Florida 32801
Telephone:  (407) 849-0300
Facsimile:  (407) 648-9099
Email: jperkins@carltonfields.com

and

John E. Clabby
Florida Bar No. 113664
CARLTON FIELDS, P.A.
4221 West Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607
Tel:  813-223-7000
Fax:  813-229-4133
Email: jclabby@carltonfields.com

*Attorney for Defendants Ashraf Mufareh, OnPassive LLC, and Asmahan Mufareh*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on this 28th day of August, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

*/s/ Jason A. Perkins*
Jason A. Perkins