UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>   v.<br><br>ASHRAF MUFAREH, ONPASSIVE LLC, and ASMAHAN MUFAREH,<br><br>     Defendants. | Case No. 6:23-cv-01539-PGB-RMN |

**UNOPPOSED MOTION FOR SPECIAL ADMISSION OF CHRISTOPHER GARCIA TO REPRESENT DEFENDANTS**

Christopher Garcia, Esquire, moves for special admission to represent Defendants Ashraf Mufareh, OnPassive LLC, and Asmahan Mufareh (the "Defendants") in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States District Court; specifically, for the Southern District of New York (admitted January 7, 2003; Bar No. CG2946).

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in any cases in state or federal court in Florida in the last thirty-six months.

I will comply with the Federal Rules and this Court's Local Rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

**DATED**: August 28, 2023  Respectfully submitted,

*/s/ Jason A. Perkins*
Christopher Garcia (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020

133835935.1

Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: christopher.garcia@lw.com

and

John E. Clabby
Florida Bar No. 113664
CARLTON FIELDS, P.A.
4221 West Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607
Tel: 813-223-7000
Fax: 813-229-4133
Email: jclabby@carltonfields.com

and

Jason A. Perkins
Florida Bar Number 0610852
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Ste. 1000
Orlando, Florida 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
Email: jperkins@carltonfields.com

*Attorney for Defendants Ashraf Mufareh, OnPassive LLC, and Asmahan Mufareh*

3

**LOCAL RULE 3.01(g) CERTIFICATION**

I have conferred with the opposing party and represent the opposition party does not oppose my special admission.

                                        */s/ Christopher Garcia*
                                        Christopher Garcia

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed on August 28, 2023 using the Court's CM/ECF system, which will send notice to all counsel of record.

                                        */s/ Jason A. Perkins*
                                        Jason A. Perkins