**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**ASHRAF MUFAREH, ONPASSIVE LLC, and ASMAHAN MUFAREH,**<br><br>Defendants. | Case No. 6:23-cv-01539-PGB-RMN |

**NOTICE OF DESIGNATION OF CHRISTOPHER GARCIA, ESQUIRE AS LEAD ATTORNEY FOR DEFENDANTS, ASHRAF MUFAREH, ONPASSIVE LLC, AND ASHAHAN MUFAREH**

PLEASE TAKE NOTICE that Defendants, ASHRAF MUFAREH, ONPASSIVE LLC, and ASMAHAN MUFAREH, pursuant to Local Rule 2.02(a), hereby designates Christopher Garcia as lead attorney of record on behalf of Defendants in the above-referenced matter.

<u>**DATED**</u>: August 28, 2023

Respectfully submitted,

*/s/ Jason A. Perkins*
Christopher Garcia (*pro hac vice pending*)
William O. Reckler (*pro hac vice pending*)
Alexis Kellert Godfrey (pro hac vice pending)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: christopher.garcia@lw.com
william.reckler@lw.com

133867172.1

and

John E. Clabby
Florida Bar No. 113664
CARLTON FIELDS, P.A.
4221 West Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607
Tel: 813-223-7000
Fax: 813-229-4133
Email: jclabby@carltonfields.com

and

Jason A. Perkins
Florida Bar Number 0610852
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Ste. 1000
Orlando, Florida 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
Email: jperkins@carltonfields.com

*Attorneys for Defendants Ashraf Mufareh, OnPassive LLC, and Asmahan Mufareh*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on August 28, 2023 using the Court's CM/ECF system, which will send notice to all counsel of record.

                                              */s/ Jason A. Perkins*
                                              Jason A. Perkins