UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ASHRAF MUFAREH, ONPASSIVE LLC, and ASMAHAN MUFAREH,<br><br>Defendants. | Case No. 6:23-cv-01539-PGB-RMN |

**DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendants, Ashraf Mufareh, ONPASSIVE LLC, and Asmahan Mufareh (collectively, "the Defendants"), make the following disclosures.

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    None known.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

    N/A

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate,

133867596.1

member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    Plaintiff Securities and Exchange Commission ("SEC")
    Michael J. Friedman, Counsel for SEC
    Gregory N. Miller, Counsel for SEC
    Nina B. Finston, Counsel for SEC
    John S. Crimmins, Counsel for SEC
    Benjamin Perlman, Counsel for SEC
    Defendant Ashraf Mufareh
    Defendant ONPASSIVE LLC
    Relief Defendant Asmahan Mufareh
    Christopher Garcia, Esq., Counsel for Defendants
    William O. Reckler, Esq., Counsel for Defendants
    Alexis Kellert Godfrey, Esq., Counsel for Defendants
    Alexander L. Mills, Esq., Counsel for Defendants
    Margaret Babad, Esq., Counsel for Defendants
    Latham & Watkins LLP, Firm representing Defendants
    Jason A. Perkins, Counsel for Defendants
    John E. Clabby, Counsel for Defendants
    Carlton Fields, P.A., Firm representing Defendants

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    None known.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    None known.

6. Identify each person arguably eligible for restitution:

    None known.

☒    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

**DATED**: August 28, 2023

Respectfully submitted,

/s/ *Jason A. Perkins*
Christopher Garcia (*pro hac vice pending*)
William O. Reckler (*pro hac vice pending*)
Alexis Kellert Godfrey (pro hac vice pending)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Email:   christopher.garcia@lw.com
             william.reckler@lw.com


and

John E. Clabby
Florida Bar No. 113664
CARLTON FIELDS, P.A.
4221 West Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607
Tel:  813-223-7000
Fax:  813-229-4133
Email: jclabby@carltonfields.com

and

Jason A. Perkins
Florida Bar Number 0610852
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Ste. 1000
Orlando, Florida 32801
Telephone:  (407) 849-0300
Facsimile:  (407) 648-9099
Email: jperkins@carltonfields.com

*Attorney for Defendants, Ashraf Mufareh, OnPassive LLC, and Asmahan Mufareh*

*Attorneys for Defendants Ashraf Mufareh,
OnPassive LLC, and Asmahan Mufareh*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on August 28, 2023 using the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ *Jason A. Perkins*
Jason A. Perkins