# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>      v.<br><br>ASHRAF MUFAREH,<br>ONPASSIVE LLC, and<br>ASMAHAN MUFAREH,<br><br>               Defendants. | Case No. 6:23-cv-01539-PGB-RMN |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS ASHRAF MUFAREH, ONPASSIVE LLC, AND ASMAHAN MUFAREH

Please take notice that John E. Clabby, with the law firm of Carlton Fields, P.A., hereby gives his notice of appearance as co-counsel of record on behalf of Defendants Ashraf Mufareh, OnPassive LLC, and Asmahan Mufareh, and requests that all future papers and pleadings filed or served in this matter be directed to him.

**DATED**: August 29, 2023                    Respectfully submitted,

*/s/ John E. Clabby*
John E. Clabby
Florida Bar Number 113664
CARLTON FIELDS, P.A.
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33607
Telephone:  (813) 223-7000

Facsimile:  (813) 223-7000
Email: jclabby@carltonfields.com

*Attorney for Defendants Ashraf Mufareh, OnPassive LLC, and Asmahan Mufareh*