# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**

v.                                              Case No: 6:23-cv-1539-PGB-RMN

**ASHRAF MUFAREH,
ONPASSIVE LLC and
ASMAHAN MUFAREH,**

      **Defendants.**
_____/

## ORDER

This cause is before the Court on the Case Management Report filed by the parties (Doc. 15). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer and advise the Court on the selection of a mediator and the mediation date within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida, on 11th day of October 2023.

_Signature_
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record