UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ASHRAF MUFAREH,<br>ONPASSIVE LLC, and<br>ASMAHAN MUFAREH,<br><br>　　　　　　Defendants. | Case No. 6:23-cv-01539-PGB-RMN |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Defendants Ashraf Mufareh, OnPassive LLC and Asmahan Mufareh (collectively, "Defendants"), pursuant to Local Rule 3.01(h), hereby respectfully request oral argument on Defendants' motion to dismiss the Securities and Exchange Commission's Complaint for Permanent Injunctive and Other Relief. Defendants estimate that a total of one hour will be required for oral argument on the motion.

Dated: October 16, 2023    Respectfully submitted,

/s/ Christopher Garcia
Christopher Garcia (*pro hac vice*)
William O. Reckler (*pro hac vice*)
Alexis Kellert Godfrey (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:   christopher.garcia@lw.com
         william.reckler@lw.com
         alexis.godfrey@lw.com

John E. Clabby
Carlton Fields, P.A.
4221 West Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607
(813) 223-7000
jclabby@carltonfields.com

Jason A. Perkins
Carlton Fields, P.A.
200 S. Orange Avenue, Ste. 1000
Orlando, Florida 32801
(407) 849-0300
jperkins@carltonfields.com

*Attorneys for Defendants*
*Ashraf Mufareh, OnPassive LLC, and*
*Asmahan Mufareh*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 16th day of October, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

                                             */s/ Christopher Garcia*