# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ASHRAF MUFAREH AND ONPASSIVE LLC a/k/a Gofounders and Ofounders,<br><br>Defendants, and<br><br>ASMAHAN MUFAREH<br><br>Relief Defendant. | No. 6:23-cv-01539-PGB-RMN |

## NOTICE OF DESIGNATION AS LEAD COUNSEL

Notice is hereby given that the undersigned, Michael J. Friedman, will appear in the above-referenced action as lead trial counsel on behalf of Plaintiff Securities and Exchange Commission.

Dated October 18, 2023

*/s/ Michael J. Friedman*
Michael J. Friedman
Assistant Chief Trial Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549
(202) 551-7977
friedmanmi@sec.gov