UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>ASHRAF MUFAREH AND ONPASSIVE LLC a/k/a Gofounders and Ofounders,<br><br>  Defendants, and<br><br>ASMAHAN MUFAREH<br><br>  Relief Defendant. | No. 6:23-cv-01539-PGB-RMN |

**RESPONSE TO COURT ORDER REGARDING
SELECTION OF MEDIATOR AND MEDIATION DATE**

The parties have conferred and tentatively agreed to the selection of mediator Jay M. Cohen, Esq, with a mediation date of May 10, 2024.  The parties have not yet had an opportunity to confer with the proposed mediator, and will therefore provide an updated notice to the Court within 14 days.

| | |
|---|---|
| Dated October 25, 2023 | Respectfully submitted, |
| | |
| /s/ Michael J. Friedman | /s/ William O. Reckler |
| Michael J. Friedman | William O. Reckler |
| Assistant Chief Trial Counsel | LATHAM & WATKINS LLP |
| Securities and Exchange Commission | 1271 Avenue of the Americas |
| 100 F Street, N.E. | New York, NY 10020 |
| Washington, D.C.  20549 | (212) 906-1200 |
| (202) 551-7977 | william.reckler@lw.com |
| friedmanmi@sec.gov | |
| *Attorney for Plaintiff Securities and Exchange Commission* | *Attorney for Defendants* |