UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

    vs.

ASHRAF MUFAREH AND
ONPASSIVE LLC a/k/a Gofounders and
Ofounders,

        Defendants, and

ASMAHAN MUFAREH

        Relief Defendant.

No. 6:23-cv-01539-PGB-RMN

## MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") respectfully submits this memorandum in opposition to the Defendants' motion to dismiss (ECF No. 20) and urges the Court to deny the motion to dismiss as moot.

The motion to dismiss was filed on October 16, 2023, and the SEC filed an amended complaint 21 days later on November 6, 2023. The Defendants have not yet filed any responsive pleading.

Federal Rule of Civil Procedure 15(a)(1) provides that a party "may amend its pleading once as a matter of course . . . if the pleading is one to which a responsive

pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B).

The SEC's amended complaint was timely filed and leave of court to amend was unnecessary under the circumstances. *See, e.g., Shaw v. Strange*, 2022 WL 376069, at *1 (M.D. Fla. Feb. 7, 2022) (denying motion to amend pleading as moot because Federal Rule of Civil Procedure 15(a)(1) allows one amendment as a matter of course and therefore "such permission is unnecessary"). An amended complaint supersedes the original complaint. *See, e.g., Fritz v. Standard Sec. Life Ins. Co. of New York*, 676 F.2d 1356, 1358 (11th Cir. 1982).

Accordingly, the motion to dismiss the original complaint should be denied as moot. *See, e.g., Strange*, 2022 WL 376069, at *1 ("Given the amendment, Defendants' Motion to Dismiss is denied as moot."); *McBride v. Guzina*, 2021 WL 3209569, at *1 (M.D. Fla. July 29, 2021) ("Defendants' pending motions directed to the prior complaints will be denied as moot."); *Lochren v. Horne LLP*, 2022 WL 14065300, at *1 (M.D. Fla. Jan. 10, 2022).

Respectfully submitted,

*/s/ Michael J. Friedman*
Michael J. Friedman
N.Y. Bar No. 4297461
Gregory N. Miller
Florida Bar No. 0976652
Assistant Chief Trial Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549
(202) 551-7977 (Friedman)
friedmanmi@sec.gov (Friedman)
(202) 551-4469 (Miller)
millergn@sec.gov (Miller)

*Attorneys for Plaintiff Securities and Exchange Commission*