UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ASHRAF MUFAREH AND ONPASSIVE LLC a/k/a Gofounders and Ofounders,<br><br>Defendants, and<br><br>ASMAHAN MUFAREH<br><br>Relief Defendant. | No. 6:23-cv-01539-PGB-RMN |

**NOTICE REGARDING
<u>SELECTION OF MEDIATOR AND MEDIATION DATE</u>**

The parties notified the Court on October 25, 2023, that they had tentatively agreed to the selection of mediator Jay M. Cohen, Esq., with a mediation date of May 10, 2024.  ECF No. 25.  The parties were subsequently informed that Mr. Cohen was not available to serve as the mediator.

The parties have conferred and agree to the selection of mediator Bradford Kimbro, Esq., with a mediation date of May 10, 2024.

|  | Respectfully submitted, |
|---|---|
| */s/ Michael J. Friedman* | */s/ William O. Reckler* |
| Michael J. Friedman | William O. Reckler |
| Assistant Chief Trial Counsel | LATHAM & WATKINS LLP |
| Securities and Exchange Commission | 1271 Avenue of the Americas |
| 100 F Street, N.E. | New York, NY 10020 |
| Washington, D.C.  20549 | (212) 906-1200 |
| (202) 551-7977 | william.reckler@lw.com |
| friedmanmi@sec.gov |  |
|  | *Attorney for Defendants* |
| *Attorney for Plaintiff Securities and Exchange Commission* |  |