# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| Plaintiff, | |
| v. | Case No. 6:23-cv-01539-PGB-RMN |
| **ASHRAF MUFAREH, ONPASSIVE LLC, and ASMAHAN MUFAREH,** | |
| Defendants. | |

## DECLARATION OF WILLIAM O. RECKLER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

I, William O. Reckler, declare and state as follows:

1. I am an attorney at the law firm of Latham & Watkins LLP ("Latham"), counsel of record for Defendants Ashraf Mufareh, OnPassive LLC, and Asmahan Mufareh. I was admitted *pro hac vice* to this Court on August 29, 2023 (ECF Nos. 9, 14).

2. I respectfully submit this declaration in support of Defendants' motion to dismiss the Securities and Exchange Commission's Amended Complaint (ECF No. 26). I have personal knowledge of the facts set forth in this declaration.

1

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email exchange dated February 23, 2020, subject line "Re: Hi Ash…is this a good post?" and bearing Bates stamps OP0315496 through OP0315502. Exhibit 1 was produced to the SEC staff in pre-suit discovery and it is incorporated by reference into the Amended Complaint at Paragraph 63.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2023 in New York, New York.

*/s/ William O. Reckler*
William O. Reckler (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: william.reckler@lw.com
