# EXHIBIT 1

| | |
|---|---|
| **Message** | |
| From: | Mr. Ash Mufareh MIT [ash.gdi@gmail.com] |
| on behalf of | Mr. Ash Mufareh MIT <ash.gdi@gmail.com> [ash.gdi@gmail.com] |
| Sent: | 2/23/2020 7:26:22 PM |
| To: | admin [admin@automaticinternetmillionaire.ws] |
| Subject: | Re: Hi Ash...is this a good post? |

Hello Michael

AMAZING

here's my thought >>> https://www.screencast.com/t/BC7V3uWrM5HO

thank you

On Sun, Feb 23, 2020 at 8:54 AM admin <admin@automaticinternetmillionaire.ws> wrote:
Hi Ash
Thinking of posting this in the Leadership section of our back office
...Maybe it will help Founders understand the Financial Power of OP

...do you think it is a good idea?

=================================
Hi Everyone
Here is YOUR Financial Potential with Onpassive

**This is for ILLUSTRATION purpose Only
and in NO WAY a Guarantee of INCOME**

It is for **INTERNAL** USE ONLY and **NOT** to be shared PUBLICLY
**...if You have a Team...You can SHARE IT with Them...**

To Believe or Not to Believe...
Don't be fooled...ONPASSIVE WILL LAUNCH
...AND YOU WILL SUCCEED

## Let Me Show You The Money
POTENTIAL REALISTIC INCOME
FOR EACH STARTING PRODUCT PACKAGE
(ie. starting with $900 Product Package, or $400, or $150, or $25)

**$900 ONE TIME OUT OF POCKET...Product Purchase**
(RECEIVING INCOME FROM ALL 4 MATRIX TO START)
Level 1...once completed you Earn $126
Level 2...once completed you Earn $783 (includes the $126)
3 ...once completed you Earn $1701
**4 ...once completed you Earn $4050**
5 ...once completed you Earn $11,097
6 ...once completed you Earn $27,135

7 ...once completed you Earn $70,875
**8 ...once completed you Earn $241,461**
9 ...once completed you Earn $792,585
**10 ...once completed you Earn $2,032,614**
11 ...once completed you Earn $2,741,252
**12 ...once completed you Earn $4,867,016**
13 ...once completed you Earn $6,992,780
**14 ...once completed you Earn $13,370,072**
15 ...once completed you Earn $32,683,948

**TOTAL INCOME of $32 MILLION...with ONE Account**
This is based upon EVERYONE starting with $900 Product Pack
It is **NOT** realistic to **expect** everyone will start with $900
...However, **Potential Income** with 15 levels filled is $32M...

**$400 ONE TIME OUT OF POCKET...Product Purchase**
(RECEIVING INCOME FROM **1ST 3 MATRIX** TO START)
Level 1...once completed you Earn $66
Level 2...once completed you Earn $453 (includes the $66)
3 ...once completed you Earn $966 (**AUTO UPGRADE** TO $500 MATRIX)
**4 ...once completed you Earn $2160**
5 ...once completed you Earn $5,832
6 ...once completed you Earn $14,985
7 ...once completed you Earn $38,070
**8 ...once completed you Earn $113,886**
9 ...once completed you Earn $377,055
**10 ...once completed you Earn $1,048,464**
11 ...once completed you Earn $1,501,173
**12 ...once completed you Earn $2,859,300**
13 ...once completed you Earn $3,449,790
**14 ...once completed you Earn $3,804,084**
15 ...once completed you Earn $4,866,966

**TOTAL INCOME of $4.8 MILLION...with ONE Account**
**To get to $32Million...you would need to fill out 18 LEVELS**
**...OVER TIME...15 LEVELS IS MORE REALISTIC**
**THEREFORE POTENTIAL INCOME...STARTING WITH $400 IS $4,866,966**

**$150 ONE TIME OUT OF POCKET...Product Purchase**
(RECEIVING INCOME FROM **1ST 2 MATRIX** TO START)
Level 1...once completed you Earn $36
Level 2...once completed you Earn $198 (includes the $36)
3 ...once completed you Earn $441 (**AUTO UPGRADE** TO $250 MATRIX)
**4 ...once completed you Earn $957 (AUTO UPGRADE TO $500 MATRIX)**
5 ...once completed you Earn $2610
6 ...once completed you Earn $6156
7 ...once completed you Earn $13,527
**8 ...once completed you Earn $43,173**
9 ...once completed you Earn $151,965
**10 ...once completed you Earn $350,811**

11 ...once completed you Earn $418,608
**12 ...once completed you Earn $674,487**
13 ...once completed you Earn $1,442,124
**14 ...once completed you Earn $2,386,908**
15 ...once completed you Earn $3,804,084

**TOTAL INCOME of $3.8 MILLION...with ONE Account**
To get to $32Million...you would need to fill out 19 LEVELS
...OVER TIME...15 LEVELS **IS MORE REALISTIC**
THEREFORE **POTENTIAL INCOME**...STARTING WITH $150 IS **$3,804,084**

**$25 ONE TIME OUT OF POCKET...Product Purchase**
(RECEIVING INCOME FROM **ONLY 1ST MATRIX** TO START)
Level 1...once completed you Earn $6
Level 2...once completed you Earn $33 (includes the $6)
3 ...once completed you Earn $87
**4 ...once completed you Earn $168** (**AUTO UPGRADE** TO $125 MATRIX)
5 ...once completed you Earn $441 (**AUTO UPGRADE** TO $250 MATRIX)
6 ...once completed you Earn $1335 (**AUTO UPGRADE** TO $500 MATRIX)
7 ...once completed you Earn $3996
**8 ...once completed you Earn $11,502**
9 ...once completed you Earn $53,136
**10 ...once completed you Earn $117,531**
11 ...once completed you Earn $131,382
**12 ...once completed you Earn $173,664**
13 ...once completed you Earn $297,510
**14 ...once completed you Earn $671,487**
15 ...once completed you Earn $1,439,124

**TOTAL INCOME of $1.4 MILLION...with ONE Account**
To get to $32Million...you would need to fill out 21 LEVELS
...OVER TIME...15 LEVELS **IS MORE REALISTIC**
THEREFORE **POTENTIAL INCOME**...STARTING WITH $25 IS **$1,439,124**

==================================================
**HOW TO MAKE $32MILLION IN 15MONTHS TO 5YEARS**
==================================================

**...............5 YEARS...IS WORST CASE SCENARIO...............**
**COMPANY DOES ALL THE WORK**
**...NO ONE HELPS THE SYSTEM...**
**...YOU START WITH $900...COMPANY TAKE FOUR MONTHS**
**TO MAKE 3 x $900 SALES FOR YOU...**COMPANY TAKE
FOUR MONTHS TO DO THE SAME FOR YOUR 3 RESELLERS
**...AND THEIR 3...**AND SO ON...**THEN $32MILION IN 5 YEARS**
==================================================
==================================================

**\*\*\*\*\*\*\*\*\*\*SOME WILL TAKE A DIFFERENT APPROACH\*\*\*\*\*\*\*\*\*\***

...SOME WILL HELP THE SYSTEM...SOME WILL GO FOR IT $32MILLION...IN 15 MONTHS...IS A VERY STRONG MOTIVATOR

OUR EFFORT...PLUS THE COMPANY'S EFFORT MAKE
3 x $900 usd Sales...$900 ONE TIME OUT OF POCKET
   ...AND THIS IS DONE IN 30 DAYS...
MAYBE YOU MAKE 1 Sale...AND COMPANY MAKE 1 Sale...
PLUS 1 SALE FROM UPLINE...OR ANY COMBINATION
TO GET YOU YOUR 3 SALES IN 30 DAYS...ETC.
   THOSE 3 BECOME RESELLERS...

THOSE 3 RESELLERS...DO THE SAME...THEIR EFFORT...
PLUS THE COMPANY'S EFFORT...MAKE 3 SALES...AND SO ON
...(30 DAYS TO MAKE 3 SALES)...TO ENSURE THEY MAKE
$32 MILLION IN 15 MONTHS...INSTEAD OF 5 YEARS...

   PLEASE NOTE...
This is a CONSERVATIVE SCENARIO...the System DOES NOT
Stop at "3"...EVERY MONTH...the System continues to Market/
Promote/Make Sales...for Every Account that is at the $150
or higher Level...I am LIMITING the System with "3"
...for the purpose of illustrating this Example...

When this SINKS IN...you will truly understand...that this
has NOT been done before and that YOU WILL have the
success YOU have been searching for...

========REALISTIC EXPECTATION OF SYSTEM=========

$900 ONE TIME OUT OF POCKET PRODUCT PURCHASE
   (RECEIVING INCOME FROM ALL 4 MATRIX TO START)

   THOSE WHO...Help the System...
   ...will take as little as 15 MONTHS

Level 1...once completed you Earn $126
Level 2...once completed you Earn $783 (includes the $126)
**(3 MONTHS) Level 3 ...once completed you Earn $1701**

Level 4 ...once completed you Earn $4050
Level 5 ...once completed you Earn $11,097
**(6 MONTHS) Level 6...once completed you Earn $27,135**

Level 7 ...once completed you Earn $70,875
Level 8 ...once completed you Earn $241,461
**(9 MONTHS) Level 9...once completed YOU Earn $792,585**

Level 10 ...once completed YOU Earn $2,032,614
Level 11 ...once completed you Earn $2,741,252
**(12 MONTHS) Level 12...once completed YOU Earn $4,867,016**

Level 13 ...once completed you Earn $6,992,780
Level 14 ...once completed you Earn $13,370,072
**(15 MONTHS)Level 15...once completed YOU Earn $32,683,948**

Those Who **DO NOT**...Help the System...
...will take as much as **5 YEARS**

Level 1...once completed you Earn $126
Level 2...once completed you Earn $783 (includes the $126)
**(1 YEAR) Level 3 ...once completed you Earn $1701**

Level 4 ...once completed you Earn $4050
Level 5 ...once completed you Earn $11,097
**(2 YEARS) Level 6...once completed you Earn $27,135**

Level 7 ...once completed you Earn $70,875
Level 8 ...once completed you Earn $241,461
**(3 YEARS) Level 9...once completed YOU Earn $792,585**

Level 10 ...once completed YOU Earn $2,032,614
Level 11 ...once completed you Earn $2,741,252
**(4 YEARS) Level 12...once completed YOU Earn $4,867,016**

Level 13 ...once completed you Earn $6,992,780
Level 14 ...once completed you Earn $13,370,072
**(5 YEARS)Level 15...once completed YOU Earn $32,683,948**

# SPECIAL NOTE:

The Above also applies with the $400, and $150 Product Pack
**The $25 Product Pack will take LONGER**...because the System DOES NOT Automatically builds**...it depends on Spillover**

**Whatever YOUR INCOME GOAL**...Multiple accounts will get you there FASTER...and Your Goal becomes **More Realistic** Having Multiple accounts...is the SAME as Making a Sale or Purchasing Product Packages...EXCEPT...YOU purchased it yourself...which Equals more money for you

**PURCHASE what YOU can Afford...TOP DOWN...$900 then $400 then $150...then $25 if that is ALL you can afford**...Not everyone **is trying to become a Millionaire**...but why not Maximize your **Income**...and Help others with the portion that you don't need

**FOCUS...**
**...on encouraging the $900 Product Pack..**.seeing that it is a ONE TIME OUT OF POCKET PAYMENT...if one cannot afford that...then go for the $400 Product Pack...Remember...the $25 Package should be a WORST CASE SCENARIO...as we want to see EVERYONE maximize their Full Income Potential...in the Shortest amount of time...A $900 credit card payment is approx. $20 a month...depending on the type of card you have and the interest rate

**In Less than 4 Months...you would pay it off...using Your Commissions...so it cost you Maximum $120 Out of Pocket ...instead of $900 out of your pocket...**

Best Regards,
Michael Williams-AIM
**PS.**

# VERY IMPORTANT NOTE:
**The Above calculations is based upon YOU starting with ZERO TEAM...Because THIS BUSINESS is Truly 100% Done For You**...However, if you are starting with 3 or 10 or 50 or 100, etc. then of course YOU will accomplish Your Goal in much Shorter time...**Now Let That Sink In :)**

**PPS.**
**Think of all the application for the above.**
...Imagine those who need to supplement Their Retirement Income

...Imagine a University student...putting aside $250...right now $97 as a Founder...$150 upon Launch...
When they graduate...they already have a fulltime income

...Imagine you putting aside $250 for a High School student by the time they turn 18...they already have a fulltime income

...Imagine a Charitable Organization putting aside $250 then in a few years...No need to fundraise anymore

...Imagine the inheritance you could leave behind...with a single $250 or even $1000 ($97 now...$900 upon launch)...I am sure YOUR Life Insurance Policy has cost you MORE than $1000 out of your pocket thus far...

Those of you who Give Gifts...why not give a Real Gift of Value
What about...Birthday gift...Anniversary gift...Baby shower gift ...Wedding gift...Graduation gift...

Time does not permit listing all the possibilities...
But Can YOU Imagine the possibilities...

--
Mr. Ash Mufareh MIT
Founder and CEO
Direct: (650) 290 3562

Confidential Treatment Requested Pursuant to FOIA