UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE COMMISSION,

　　Plaintiff,

　　vs.

ASHRAF MUFAREH AND ONPASSIVE LLC a/k/a Gofounders and Ofounders,

　　Defendants, and

ASMAHAN MUFAREH

　　Relief Defendant.

Case No. 6:23-cv-01539-PGB-RMN

## MOTION FOR LEAVE TO WITHDRAW

I, GREGORY N. MILLER, hereby move, pursuant to Local Rule 2.02(c), to withdraw my individual appearance in the above-captioned action.

I will no longer be working at the Commission as of December 31, 2023, and, therefore, I will not be lawfully permitted to represent the Commission.

Michael J. Friedman will continue to represent Plaintiff Securities and Exchange Commission.

Date:  December 19, 2023   Respectfully submitted,

*/s/ Gregory N. Miller*
Gregory N. Miller, Esq.
100 F Street, N.E.
Washington, DC 20549
(202) 551-4469
millergn@sec.gov

*Attorney for Plaintiff*
*U.S. Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I certify that on December 19, 2023, a copy of the foregoing Motion for Leave to Withdraw was served upon all counsel of record via the Court's electronic filing system.

*/s/ Gregory N. Miller*
Gregory N. Miller
*Counsel for Plaintiff*