UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ASHRAF MUFAREH, ONPASSIVE LLC, and ASMAHAN MUFAREH,

    Defendants.

Case No. 6:23-cv-1539-JSS-RMN

## DEFENDANTS' NOTICE OF WITHDRAWAL OF CERTAIN AFFIRMATIVE DEFENSES

PLEASE TAKE NOTICE THAT, Defendants Ashraf Mufareh, OnPassive LLC, and Asmahan Mufareh hereby withdraw the First, Second, Third, Fifth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth, and Fourteenth Affirmative Defenses of their Answer filed on September 10, 2024 (Dkt. 41). This Notice of Withdrawal does not constitute a waiver of any of these defenses, and Defendants reserve all rights to pursue such defenses in this litigation. Defendants also reserve the right to further amend their Affirmative Defenses.

Dated: September 30, 2024				Respectfully submitted,


							By */s/ Christopher Garcia*
								Christopher Garcia (*pro hac vice)*
								William O. Reckler (*pro hac vice*)
								Alexis K. Godfrey (*pro hac vice*)
								Alexander L. Mills (*pro hac vice*)
								LATHAM & WATKINS LLP
								1271 Avenue of the Americas
								New York, NY 10020
								Telephone:  (212) 906-1200
								Facsimile:   (212) 751-4864
								christopher.garcia@lw.com
								william.reckler@lw.com
								alexis.godfrey@lw.com
								alex.mills@lw.com

								John E. Clabby
								Carlton Fields, P.A.
								4221 West Boy Scout Boulevard
								Suite 1000
								Tampa, Florida 33607
								(813) 223-7000
								Email: jclabby@carltonfields.com

								Jason A. Perkins
								Carlton Fields, P.A.
								200 S. Orange Avenue, Ste. 1000
								Orlando, Florida 32801
								(407) 849-0300
								Email: jperkins@carltonfields.com

								*Attorneys for Defendants*
								*Ashraf Mufareh, OnPassive LLC, and*
								*Asmahan Mufareh*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that on September 30, 2024, the foregoing document was served electronically to all parties of record via the Clerk of Court's CM/ECF system.

                                     */s/ Christopher Garcia*
                                     CHRISTOPHER GARCIA