AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| SECURITIES AND EXCHANGE COMMISSION | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 6:23-cv-01539-JSS-RMN |
| MUFAREH, et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Ashraf Mufareh, OnPassive LLC, and Asmahan Mufareh.

Date:   01/21/2025

/s/Lydia Franzek
*Attorney's signature*

Lydia Franzek (FL Bar No. 1056084)
*Printed name and bar number*

Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
*Address*

lydia.franzek@lw.com
*E-mail address*

(212) 906-4643
*Telephone number*

(212) 751-4864
*FAX number*