**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**vs.**

**ASHRAF MUFAREH AND ONPASSIVE LLC,**

**Defendants, and**

**ASMAHAN MUFAREH**

**Relief Defendant.**

**No. 6:23-cv-01539-JSS-RMN**

**NOTICE OF SETTLEMENT AND JOINT MOTION FOR STAY PENDING SETTLEMENT APPROVAL**

Plaintiff Securities and Exchange Commission ("SEC" or "Commission"), Defendants Ashraf Mufareh ("Mufareh") and ONPASSIVE LLC ("ONPASSIVE") (collectively, "Defendants"), and Relief Defendant Asmahan Mufareh ("Relief Defendant") (collectively, the "Parties") respectfully submit this joint motion for a stay of all discovery and other deadlines for 60 days for good cause shown. In support of this joint motion, the Parties state as follows:

## BACKGROUND

The SEC filed the Complaint (Dkt No. 2) on August 11, 2023, and filed the Amended Complaint on November 6, 2023 (Dkt No. 26). The Amended Complaint alleges that the Defendants violated the federal securities laws by engaging in the fraudulent and unregistered offering of securities and that Relief Defendant was unjustly enriched by receiving the proceeds from the same. On August 27, 2024, the Court issued an Order denying Defendants' and Relief Defendant's motion to dismiss the Amended Complaint (Dkt No. 40). Defendants and Relief Defendant filed an Answer to the Amended Complaint on September 10, 2024, denying all claims alleged against them (Dkt No. 41).

The Commission's Division of Enforcement, the Defendants, and the Relief Defendant have reached an agreement in principle on the material terms of a proposed settlement that would resolve the Commission's claims in full and resolve this case in its entirety. However, only the Commission, acting formally by majority vote of its Commissioners, has the authority to accept the proposed settlement on behalf of the SEC. This process for presenting proposed settlements to the Commission for authority typically takes 45-60 days.

## ARGUMENT

"District courts are vested with broad discretion to stay proceedings, which authority is incidental to their inherent powers to control their dockets." *Ferrer v. Comm'r of Soc. Sec.*, No. 620CV1465ORL37LRH, 2020 WL 13401908, at *1

(M.D. Fla. Oct. 16, 2020) (citing *Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket."); *Landis v. North American Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Advanced Bodycare Sols., LLC v. Thione Int'l, Inc.*, 524 F.3d 1235, 1241 (11th Cir. 2008) ("[D]istrict courts have inherent, discretionary authority to issue stays in many circumstances.")).

There is good cause for a stay of all discovery and deadlines for 60 days to allow the SEC's Division of Enforcement to present the proposed settlement to the Commission for authority. In the event the Commission authorizes the settlement, this case would be resolved in its entirety.

A stay would serve the interests of efficiency and conservation of judicial resources. In the absence of a stay, the Parties anticipate the need to expend significant additional resources over the next 45-60 days, and beyond, on discovery and discovery-related motions. This is because the current scheduling order establishes, among other deadlines, expert reports to be served on April 1, 2025, and May 5, 2025, and for all discovery to be completed by June 2, 2025. The Commission's authorization of the proposed settlement would resolve this action without the need for further litigation or trial as to any Defendant or Relief Defendant.

The Parties propose that they file either the Consents and Proposed Final Judgments, or a Joint Status Report, within 60 days of the Court's Order.

**LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned counsel conferred over the contents of this Joint Motion for Stay Pending Settlement Approval, and all Parties agree on the relief sought.

**CONCLUSION**

For all the foregoing reasons, Plaintiff SEC, Defendants Ashraf Mufareh and ONPASSIVE LLC, and Relief Defendant Asmahan Mufareh jointly request that the Court stay all discovery and other deadlines for 60 days for good cause shown.

Respectfully submitted,

*/s/ Michael J. Friedman*
Michael J. Friedman
Trial Attorney
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-7977
friedmanmi@sec.gov

*/s/ Devon L. Staren*
Devon L. Staren
Trial Attorney
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-5346
starend@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

/s/ Christopher Garcia
Christopher Garcia
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1309
christopher.garcia@lw.com

/s/ William O. Reckler
William O. Reckler
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
william.reckler@lw.com

/s/ Alexis K. Godfrey
Alexis K. Godfrey
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
alexis.godfrey@lw.com

/s/ Alexander L. Mills
Alexander L. Mills
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Alex.mills@lw.com

/s/ Lydia Franzek
Lydia Franzek
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
lydia.franzek@lw.com

*/s/John E. Clabby*
John E. Clabby
CARLTON FIELDS, P.A.
4221 West Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607
(813) 223-7000
jclabby@carltonfields.com

*/s/ Jason A. Perkins*
Jason A. Perkins
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Ste. 1000
Orlando, Florida 32801
(407) 849-0300
jperkins@carltonfields.com

*Attorneys for Defendants Ashraf Mufareh and ONPASSIVE LLC and Relief Defendant Asmahan Mufareh*