# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ASHRAF MUFAREH AND ONPASSIVE LLC,<br><br>Defendants, and<br><br>ASMAHAN MUFAREH<br><br>Relief Defendant. | No. 6:23-cv-01539-JSS-RMN |

## JOINT NOTICE ADVISING COURT OF
## STATUS OF PROPOSED SETTLEMENT

Plaintiff Securities and Exchange Commission ("SEC" or "Commission"), Defendants Ashraf Mufareh ("Mufareh") and ONPASSIVE LLC ("ONPASSIVE") (collectively, "Defendants"), and Relief Defendant Asmahan Mufareh ("Relief Defendant") (collectively, the "Parties") respectfully submit this joint notice advising the Court of the status of the proposed settlement, pursuant to the Court's Order of March 6, 2025. (Dkt No. 50.)

The Parties have exchanged draft written settlement materials and continue to confer on various issues regarding the specific language of the proposed settlement. The Commission has not yet approved a proposed settlement. The Parties request that the Court maintain the stay of this action to conserve judicial and party resources while these issues are resolved. Unless otherwise ordered, the Parties will file another joint notice advising the Court of the status of the proposed settlement on or before July 7, 2025.

    Respectfully submitted,

    */s/ Michael J. Friedman*
    Michael J. Friedman
    Trial Attorney
    Securities and Exchange Commission
    100 F Street, N.E.
    Washington, D.C. 20549
    (202) 551-7977
    friedmanmi@sec.gov

    */s/ Devon L. Staren*
    Devon L. Staren
    Trial Attorney
    Securities and Exchange Commission
    100 F Street, N.E.
    Washington, D.C. 20549
    (202) 551-5346
    starend@sec.gov

    *Attorneys for Plaintiff Securities and Exchange Commission*

        */s/ Christopher Garcia*
        Christopher Garcia
        LATHAM & WATKINS LLP
        1271 Avenue of the Americas
        New York, NY 10020
        (212) 906-1309
        christopher.garcia@lw.com

        */s/ William O. Reckler*
        William O. Reckler
        LATHAM & WATKINS LLP
        1271 Avenue of the Americas
        New York, NY 10020
        (212) 906-1200
        william.reckler@lw.com

        */s/ Alexis K. Godfrey*
        Alexis K. Godfrey
        LATHAM & WATKINS LLP
        1271 Avenue of the Americas
        New York, NY 10020
        (212) 906-1200
        alexis.godfrey@lw.com

        */s/ Alexander L. Mills*
        Alexander L. Mills
        LATHAM & WATKINS LLP
        1271 Avenue of the Americas
        New York, NY 10020
        (212) 906-1200
        Alex.mills@lw.com

        */s/ Lydia Franzek*
        Lydia Franzek
        LATHAM & WATKINS LLP
        1271 Avenue of the Americas
        New York, NY 10020
        (212) 906-1200
        lydia.franzek@lw.com

/s/John E. Clabby
John E. Clabby
CARLTON FIELDS, P.A.
4221 West Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607
(813) 223-7000
jclabby@carltonfields.com

/s/ Jason A. Perkins
Jason A. Perkins
CARLTON FIELDS, P.A.
200 S. Orange Avenue, Ste. 1000
Orlando, Florida 32801
(407) 849-0300
jperkins@carltonfields.com

*Attorneys for Defendants Ashraf Mufareh and ONPASSIVE LLC and Relief Defendant Asmahan Mufareh*