UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ASHRAF MUFAREH AND ONPASSIVE LLC,<br><br>Defendants, and<br><br>ASMAHAN MUFAREH<br><br>Relief Defendant. | No. 6:23-cv-01539-JSS-RMN |

**JOINT NOTICE ADVISING COURT OF**
**STATUS OF PROPOSED SETTLEMENT**

Plaintiff Securities and Exchange Commission ("SEC" or "Commission"), Defendants Ashraf Mufareh ("Mufareh") and ONPASSIVE LLC ("ONPASSIVE") (collectively, "Defendants"), and Relief Defendant Asmahan Mufareh ("Relief Defendant") (collectively, the "Parties") respectfully submit this joint notice advising the Court of the status of the proposed settlement, in accordance with the Joint Notice filed by the parties on May 7, 2025. (Dkt No. 51.)

The Division of Enforcement and the Defendants have come to an agreement in principle on the terms of a proposed settlement, which now must be approved by the Commission. The Parties request that the Court maintain the stay of this action to conserve judicial and party resources while these issues are resolved. Unless otherwise ordered, the Parties will file another joint notice advising the Court of the status of the proposed settlement on or before September 5, 2025.

Respectfully submitted,

*/s/ Michael J. Friedman*
Michael J. Friedman
Trial Attorney
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-7977
friedmanmi@sec.gov

*/s/ Devon L. Staren*
Devon L. Staren
Trial Attorney
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-5346
starend@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

       */s/ Christopher Garcia*
       Christopher Garcia
       LATHAM & WATKINS LLP
       1271 Avenue of the Americas
       New York, NY 10020
       (212) 906-1309
       christopher.garcia@lw.com

       */s/ William O. Reckler*
       William O. Reckler
       LATHAM & WATKINS LLP
       1271 Avenue of the Americas
       New York, NY 10020
       (212) 906-1200
       william.reckler@lw.com

       */s/ Alexis K. Godfrey*
       Alexis K. Godfrey
       LATHAM & WATKINS LLP
       1271 Avenue of the Americas
       New York, NY 10020
       (212) 906-1200
       alexis.godfrey@lw.com

       */s/ Alexander L. Mills*
       Alexander L. Mills
       LATHAM & WATKINS LLP
       1271 Avenue of the Americas
       New York, NY 10020
       (212) 906-1200
       Alex.mills@lw.com

       */s/ Lydia Franzek*
       Lydia Franzek
       LATHAM & WATKINS LLP
       1271 Avenue of the Americas
       New York, NY 10020
       (212) 906-1200
       lydia.franzek@lw.com

                                */s/John E. Clabby*
                                John E. Clabby
                                CARLTON FIELDS, P.A.
                                4221 West Boy Scout Boulevard
                                Suite 1000
                                Tampa, Florida 33607
                                (813) 223-7000
                                jclabby@carltonfields.com

                                */s/ Jason A. Perkins*
                                Jason A. Perkins
                                CARLTON FIELDS, P.A.
                                200 S. Orange Avenue, Ste. 1000
                                Orlando, Florida 32801
                                (407) 849-0300
                                jperkins@carltonfields.com

                                *Attorneys for Defendants Ashraf Mufareh and ONPASSIVE LLC and Relief Defendant Asmahan Mufareh*