UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>ASHRAF MUFAREH AND ONPASSIVE LLC a/k/a Gofounders and Ofounders,<br><br>Defendants, and<br><br>ASMAHMAN MUFAREH,<br><br>Relief Defendant. | Case No. 6:23-cv-01539-JSS-RMN |

## MOTION FOR LEAVE TO WITHDRAW

I, Lydia Franzek, hereby move, pursuant to Local Rule 2.02(c), to withdraw my individual appearance in the above-captioned action. In support of this motion, the undersigned states:

I will no longer be working at the firm Latham & Watkins LLP as of July 7, 2025, and, therefore, I will not be lawfully permitted to represent the Defendants.

Defendants consent to this withdrawal. Christopher Garcia, Alexis Kellert Godfrey, Alexander Lazaro Mills, and William O. Reckler of Latham & Watkins

LLP and John Ernest Clabby and Jason A. Perkins of Cartlon Fields, P.A. will continue to represent Defendants Ashraf Mufareh, Asmahman Mufareh, and Onpassive LLC.

WHEREFORE, the undersigned, Lydia Franzek, respectfully requests that the Court grant leave to withdraw her appearance as counsel of record in this matter and remove her from the service list.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that she conferred with Plaintiff's counsel, who do not oppose the relief requested herein.

Dated:  July 7, 2025                             Respectfully submitted,

*/s/ Lydia Franzek*
Lydia Franzek
FL Bar No. 1056084
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-4643
Fax: (212) 751-4864
lydia.franzek@lw.com

*Attorney for Defendants*