## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

          **Plaintiff,**

    **vs.**

**ASHRAF MUFAREH AND ONPASSIVE LLC,**

          **Defendants, and**

**ASMAHAN MUFAREH**

          **Relief Defendant.**

**Case No. 6:23-cv-01539-JSS-RMN**

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION TO RE-OPEN CASE AND FOR LEAVE TO FILE PROPOSED FINAL JUDGMENT

Plaintiff U.S. Securities and Exchange Commission ("SEC") respectfully moves: 1) to re-open this case for entry of Final Judgment against Defendants Ashraf Mufareh and OnPassive LLC (collectively, "Defendants") and; 2) for leave to submit the proposed Final Judgment in conjunction with a motion for entry of Final Judgment.

On March 5, 2025, the parties filed a joint motion to stay the case on grounds that an agreement in principle on the material terms of a proposed settlement has been reached.  (ECF No. 49).  On March 6, 2025, this Court granted the motion to stay and directed the Clerk to administratively close the case.  (ECF. No. 50).  On May 7, 2025 and July 7, 2025, the parties filed joint notices advising the Court that settlement discussions were ongoing.  (ECF Nos. 51, 52).  The SEC now represents that Defendants have each consented to the entry of a proposed Final Judgment that will fully resolve the case against Defendants and Relief Defendant in this matter, except that the Court shall retain jurisdiction to enforce the terms of the Final Judgment.

For these reasons, the SEC respectfully requests that the Court grant this motion to re-open the case for the limited purpose of entering Final Judgment and for leave to submit the proposed Final Judgment, in the form which has been agreed to by the parties.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel conferred with counsel for the Defendants, who do not oppose the relief sought in this motion.

Respectfully submitted,


August 7, 2025                         By: */s/ Devon Leppink Staren*
                                      Devon L. Staren
                                      Michael J. Friedman
                                      (202) 551-5346 (Staren)
                                      starend@sec.gov
                                      (202) 551-7977 (Friedman)
                                      friedmanmi@sec.gov
                                      100 F Street, N.E.
                                      Washington, D.C.  20549
                                      *Attorneys for Plaintiff*
                                      *Securities and Exchange Commission*




## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, the foregoing unopposed motion

was served upon counsel of record for Defendants via the Courts' ECF system.


                                      /s/ *Devon Leppink Staren*
                                      Devon L. Staren
                                      Counsel for Plaintiff
                                      U.S. Securities & Exchange
                                      Commission

- 3 -