# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 6:23-cv-01539-JSS-RMN |
| vs. | |
| ASHRAF MUFAREH AND ONPASSIVE LLC, | |
| Defendants, and | |
| ASMAHAN MUFAREH | |
| Relief Defendant. | |

### PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff U.S. Securities and Exchange Commission ("SEC") respectfully moves this Court for: 1) entry of the Final Judgment against Defendants Ashraf Mufareh and OnPassive LLC (collectively, "Defendants"); and 2) dismissal of the claim for unjust enrichment against Relief Defendant Asmahan Mufareh.

Defendants have each agreed to the entry of the Final Judgment in signed Consents, which are attached as Exhibits 1 and 2 to this motion. The Final Judgment also dismisses the SEC's claim against Relief Defendant Asmahan Mufareh for unjust enrichment. This dismissal is appropriate because the Final

Judgment requires OnPassive to disgorge all its allegedly ill-gotten gains, which includes the funds allegedly received by Relief Defendant.

Entry of the Final Judgment will fully resolve the case against Defendants in this matter, except that the Court shall retain jurisdiction to enforce the terms of the Final Judgment. Accordingly, the SEC respectfully requests that the Court enter the proposed Final Judgment, attached as Exhibit 3.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel conferred with counsel for the Defendants, who do not oppose the relief sought in this motion.

Respectfully submitted,

August 12, 2025

By: */s/ Michael Justin Friedman*
Michael J. Friedman
Devon L. Staren
(202) 551-7977 (Friedman)
friedmanmi@sec.gov
(202) 551-5346 (Staren)
starend@sec.gov
100 F Street, N.E.
Washington, D.C. 20549
*Attorneys for Plaintiff*
*Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025, the foregoing unopposed motion was served upon counsel of record for Defendants via the Courts' ECF system.

/s/ *Michael Justin Friedman*
Michael J. Friedman
Counsel for Plaintiff
U.S. Securities & Exchange Commission